IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN G. WESTINE, Inmate #93555-012,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL NO. 06-278-MJR** |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| **ROBERT McFADDEN, and WARDEN** ) | |
| **USP-MARION,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Now pending before the Court is Petitioner's motion contesting jurisdiction and requesting a change of venue (Doc. 7). Petitioner states that proper federal jurisdiction in the case lies in Washington, DC, and asks that the Court transfer the action (which was originally transferred into this District from the District Court for the District of Columbia) back to the court in Washington, DC.

On April 17, 2006, this action was dismissed with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The case was closed and judgment entered in favor of the Respondents. Accordingly, the instant motion (Doc. 7) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED this 1st day of May, 2006.**

                                                                **s/ Michael J. Reagan**
                                                                 **MICHAEL J. REAGAN**
                                                                 **United States District Judge**